1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10              WESTERN DIVISION

| | |
|---|---|
| KENYON McLELLAND,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL LEWIS, et al.,<br><br>        Defendants. | No. 2:19-cv-07613-JFW (JDE)<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint (Dkt. 1), Plaintiff's First Amended Complaint (Dkt. 7), the Order by the assigned United States Magistrate Judge regarding Plaintiff's First Amended Complaint (Dkt. 8), the Report and Recommendation of the Magistrate Judge (Dkt. 10), and the Amended Report of the Magistrate Judge (Dkt. 14). Plaintiff did not file timely written objections to the Amended Report and Recommendation or timely seek additional time in which to do so.

IT IS HEREBY ORDERED that:

1.    The Amended Report and Recommendation is approved and accepted; and

2. Judgment shall be entered dismissing this case with prejudice.

Dated: March 24, 2020

_____
JOHN F. WALTER
United States District Judge