JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENYON McLELLAND,<br>Plaintiff,<br>v.<br>MICHAEL LEWIS, et al.,<br>Defendants. | No. 2:19-cv-07613-JFW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Amended Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 24, 2020

JOHN F. WALTER
United States District Judge